IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

FEB 9 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| EDUARDO FLORES,<br>　　Plaintiff,<br><br>v.<br><br>STATE AUTO PROPERTY &<br>CASUALTY COMPANY and KAREN<br>SNAVELY,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No.<br>DR-16-CV-0119-AM/VRG |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 26, 2017, the parties an agreed motion for dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the agreed motion for dismissal [ECF No. 14] is **GRANTED** and that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the agreed motion. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED this 9th day of February, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE